UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.B., individually and on behalf of her child N.J., <br><br>                              Plaintiffs, <br><br>                -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, et al., <br><br>                              Defendants. | 1:22-cv-08748 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

This case alleges claims under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq*.  The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date of service of the summons and complaint** and not to exceed two pages, including the following information in separately numbered paragraphs:

(1) whether there is any need for discovery or an initial conference in this case;

(2) if there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment; and

(3) whether there is anything the Court can do to facilitate settlement (such as referring the matter for a settlement conference before a Magistrate Judge or to the District's Mediation Program).

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference.  The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent.

Dated: October 17, 2022
          New York, New York

                                                              SO ORDERED.

                                                              *Jennifer Rochon*
                                                              _____
                                                              JENNIFER L. ROCHON
                                                              United States District Judge