# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

July 12, 2023

> Request **GRANTED**. The conference is hereby adjourned to **July 21, 2023 at 11 a.m.**
>
> Dated: July 12, 2023
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

*VIA ECF*
Honorable Jennifer L. Rochon, U.S.D.J.
United States District Court - Southern District of New York
500 Pearl St.
New York, New York 10007

    Re:    *S.B. v. N.Y.C. Dep't of Educ., et al.*, 22-cv-8748 (JLR)

Dear Judge Rochon:

    I represent the Plaintiff in the above-referenced IDEA case and am writing to respectfully request an adjournment of the initial conference currently scheduled for July 20, 2023 at 11:00 am.[1] ECF No. 36. The undersigned, Plaintiff's counsel, has a conflict with that date and time. Defendants' counsel consents to this adjournment request.

    If Your Honor grants this request, the parties are available the following alternative dates and times, at the Court's convenience: after 2:00 pm on July 26th or 27th, any time on July 28th, July 31st, or July 21st.[2]

    Thank you for your consideration of this request.

        Respectfully Submitted,
        THE LAW OFFICE OF ELISA HYMAN, P.C.

    By: *Erin O'Connor*

        Erin O'Connor, Esq., Of Counsel
        *Counsel for Plaintiffs*

cc: Mark Toews, Esq., *Counsel for Defendants*

---

[1] Plaintiff S.B. individually and on behalf of her son N.J., a teenage boy who has been classified as a student with a disability pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*, brings this case alleging *inter alia* that Defendants failed to implement orders of IDEA administrative hearing officers and denied N.J.'s right to stay-put/pendency services. Plaintiff seeks compensatory, injunctive, and equitable relief for the Defendants' alleged violations, as well as attorneys' fees and costs for the underlying administrative proceedings and the instant federal case.

[2] The parties are not offering earlier dates because we need time to prepare the Case Management Plan and joint letter in advance of the conference.

1115 BROADWAY, 12TH FL.    42 WEST 24TH STREET, 2ND FLOOR
NEW YORK, NY 10010    NEW YORK, NY 10010
WWW.SPECIALEDLAWYER.COM